United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 15-18689-ref
Jeremy Michael Bolles                                     Chapter 13
Ryan Marie Bolles
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 3              Date Rcvd: Oct 04, 2016
                              Form ID: 152             Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
```
db/jdb         +Jeremy Michael Bolles,    Ryan Marie Bolles,    428 South Northampton Street,
                 Bangor, PA 18013-2040
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
13648517       +ACS/Access Group,    501 Bleecker Street,    Utica, NY 13501-2401
13642750       +BBY/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13773496       +Bangor Area School District (Bangor Borough),    c/o Keystone Collections Group,
                 Kratzenberg & Lazzaro,    546 Wendel Road,    Irwin, PA 15642-7539
13773514       +Bangor Borough,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin PA 15642-7539
13642736       +Bangor Borough Authority,    58 Market Street,    PO Box 51,    Bangor, PA 18013-0051
13656971       +Bangor Borough Authority,    P.O. Box 51,    58 Market Street,    Bangor, PA 18013-1986
13642762       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
13642774        Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13642761       +CIC/Experian Identity Ch,    535 Anton Blvd, Ste 100,    Costa Mesa, CA 92626-7199
13642755       +CMS ID Proofing Service,    7500 Security Blvd,    Baltimore, MD 21244-1849
13648520       +Capital One,    PO BOX 30253,    Salt Lake City, UT 84130-0253
13642751       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13662514       +Capital Recovery V, LLC,    c/o Recovery Management Systems Corp,    PO BOX 12931,
                 Norfolk, VA 23541-0931
13642768       +Chase Bank USA N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
13648522       +CitiBank NA,    PO BOX 6500,    Sioux Falls, SD 57117-6500
13642738       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick, RI 02886-1321
13731961       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, Ri 02915-3019
13648523       +Comenity Bank /Torrid,    PO BOX 182789,    Columbus, CO 43218-2789
13642763        Comenity Bank/ASHSTWRT,    P.O. Box 182789,    Columbus, CO 43218-2789
13648526       +Comenity Capital Bank /Bill Me Later,    PO BOX 5018,    Timonium, MD 21094-5018
13642760       +Consumerinfo.com Inc.,    P.O. Box 19729,    Irvine, CA 92623-9729
13642753      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    12234 N IH 35,    Austin, TX 78753)
13642772       +Deiter Bros Fuel Co., Inc.,    1226 Stefko Blvd,    Bethlehem, PA 18017-6624
13732258        Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
13642734       +First Energy Corp,    331 Newman Springs Road,    Building 3,    Red Bank, NJ 07701-6771
13642767        First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
13642735       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13642773        Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
13642742       +MOHELA/DEPT of ED,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
13645487       +Met-Ed, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
13648527       +Midland Funding,    PO BOX 268941,    Oklahoma City, OK 73126-8941
13642771        Nations Recover,    6491 Peachtree Ind Blvd,    Atlanta, GA 30360
13642748        New Century Financial Services, Inc.,    C/O Pressler and Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13642749       +Pennsylvania American Water,    800 W Hersheypark Drive,    Hershey, PA 17033-2400
13642754       +Sunrise Credit Services,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
13642739       +TD Bank,    C O Weinstein, Pinson and Riley,    2001 Western Avenue, STE 400,
                 Seattle, WA 98121-3132
13648519       +TD Bank USA /Target Credit,    PO BOX 673,    Minneapolis, MN 55440-0673
13642759       +TNB Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
13642770       +The Northstar Companies,    4285 Genessee St,    Cheektowaga, NY 14225-1943
13642766        Tulane University,    47 McAlister Dr., Ste 105,    New Orleans, LA 70118
13642758       +Windham Professional In,    380 Main St.,    Salem, NH 03079-2412
13648525       +World Financial Network Bank,    PO BOX 182119,    Columbus, OH 43218-2119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Oct 05 2016 02:09:06     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:08:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2016 02:09:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:54:14     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13642741        +E-mail/Text: legalnotices@accessgroup.org Oct 05 2016 02:09:28     Access Group Inc.,
                 10 N. High St, STE 400,    West Chester, PA 19380-3014
13642737         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2016 01:55:45     American InfoSource LP,
                 PO Box 268941,    Oklahoma City, OK 73126-8941
```

```
District/off: 0313-4          User: Keith              Page 2 of 3                   Date Rcvd: Oct 04, 2016
                              Form ID: 152             Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13662124       +E-mail/Text: csc.bankruptcy@amwater.com Oct 05 2016 02:09:29      American Water,   PO BOX 578,
                 Alton, IL 62002-0578
13723050       +E-mail/Text: bncmail@w-legal.com Oct 05 2016 02:09:06      Cerastes WTB, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13723049       +E-mail/Text: bncmail@w-legal.com Oct 05 2016 02:09:06      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13648524       +E-mail/Text: creditonebknotifications@resurgent.com Oct 05 2016 02:08:35       Credit One Bank,
                 P.O. Box 98872,   Las Vegas, NV 89193-8872
13642756       +E-mail/Text: creditonebknotifications@resurgent.com Oct 05 2016 02:08:35       Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
13642747        E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2016 02:08:41      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13642746        E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2016 02:08:41      Ditech Finanical LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
13642757       +E-mail/Text: nancy@embracehomeloans.com Oct 05 2016 02:09:29      Embrace Home Loans,
                 25 Enterprise Ctr,   Middletown, RI 02842-5201
13642752       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:54:10      GE Capital/Walmart,
                 P.O. Box 965024,   Orlando, FL 32896-5024
13642769       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:03      GECRB,   P.O. Box 965037,
                 Orlando, FL 32896-5037
13642765        E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:56:02      GECRB/OLD Navy,   P.O. Box 965005,
                 Orlando, FL 32896-5005
13642745        E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2016 02:08:41      Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13648528        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2016 01:55:28
                 Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA   23502
13642743        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2016 01:56:06
                 Portfolio Recovery,   PO Box 41067,   Norfolk, VA 23502
13652681        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2016 02:18:58
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13642740        E-mail/Text: bnc-quantum@quantum3group.com Oct 05 2016 02:08:44      Quantum3 Group LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13645552        E-mail/Text: bnc-quantum@quantum3group.com Oct 05 2016 02:08:44
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13642744        E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:56:06      Recovery Management Systems Corp,
                 25 SE 2nd Ave, STE 1120,   Miami, FL 33131-1605
13643330        E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:54:14
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bangor Borough Authority,   P.O. Box 51,   58 Market Street,   Bangor, PA 18013-1986
13642764       ##+EdManage,   P.O. Box 91388,   Raleigh, NC 27675-1388
13648521       ##+Webbank,   215 State Street, Ste 800,   Salt Lake City, UT 84111-2339
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith                    Page 3 of 3                   Date Rcvd: Oct 04, 2016
                              Form ID: 152                   Total Noticed: 73
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEREMY MICHAEL BOLLES    on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
              JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
              JOHN  MOLNAR    on behalf of Creditor   Bangor Borough Authority molnar@ptd.net,
               G25801@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeremy Michael Bolles and Ryan Marie Bolles

    Debtor(s)

Case No: 15–18689–ref

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

73
Form 152