United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-18689-ref
Jeremy Michael Bolles    Chapter 13
Ryan Marie Bolles
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Oct 04, 2016
                          Form ID: 167    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
```
db/jdb         +Jeremy Michael Bolles,    Ryan Marie Bolles,    428 South Northampton Street,
                 Bangor, PA 18013-2040
cr             +Bangor Borough Authority,    P.O. Box 51,    58 Market Street,    Bangor, PA 18013-1986
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:55:08      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEREMY MICHAEL BOLLES    on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
              JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
              JOHN  MOLNAR    on behalf of Creditor    Bangor Borough Authority molnar@ptd.net,
               G25801@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jeremy Michael Bolles and
Ryan Marie Bolles
    Debtor(s)

Case No: 15–18689–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*Rescheduled Hearing\*\*
Motion to Dismiss Case. underfunded & feasibility Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI

on: 12/1/16

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/4/16

Timothy B. McGrath
Clerk of Court

74 – 56
Form 167