**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ryan Marie Bolles<br>Jeremy Michael Bolles<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-18689 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC, and index same on the master mailing list.

Re: Loan # Ending In: 2121

Respectfully submitted,

**/s/Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6309  FAX (215) 825-6409