United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-18689-ref
Jeremy Michael Bolles                                                       Chapter 13
Ryan Marie Bolles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 1          Date Rcvd: Nov 23, 2016
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db/jdb          +Jeremy Michael Bolles,    Ryan Marie Bolles,    428 South Northampton Street,
                 Bangor, PA 18013-2040
                #+McElrath Legal Holdings, LLC,    Attn:  Michelle McElrath - CONFIDENTIAL,
                 432 Boulevard of the Allies,    Pittsburgh, PA 15219-1314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
          JEREMY MICHAEL BOLLES    on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
          JOHN  MOLNAR    on behalf of Creditor   Bangor Borough Authority molnar@ptd.net,
           G25801@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 4:15-BK-18689 |
| | : | |
| JEREMY M. BOLLES | : | CHAPTER 13 |
| RYAN MARIE BOLLES, | : | |
| DEBTORS | : | |
| | : | |
| JEREMY M. BOLLES | : | |
| RYAN MARIE BOLLES, | : | |
| MOVANTS | : | Document No. 81 |
| | : | |
| vs. | : | |
| | : | |
| McElrath Legal Holdings, LLC, | : | |
| Attn: Paul McElrath, | : | |
| 432 Boulevard of the Allies | : | |
| Professional Office Building, | : | |
| Pittsburgh, PA 15219, | : | |
| | : | |
| RESPONDENT | : | |
| and | : | |
| | : | |
| FREDERICK L. REIGLE, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |
| Social Security No. xxx-xx-3808. | : | |

ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

McELRATH LEGAL HOLDINGS, LLC
ATTN: MICHELLE McELRATH
432 BOULEVARD OF THE ALLIES
PROFESSIONAL OFFICE BUILDING
PITTSBURGH, PA 15219

Shall deduct from said income the sum of One Hundred Two Dollars and Seventy Cents ($102.70) semi-monthly (each pay period), for a monthly total of Two Hundred Five Dollars and

Forty Cents ($205.40) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

FREDERICK L. REIGLE, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 680
MEMPHIS, TN 38101-0680

   IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Jeremy M. Bolles, Esq. Law Office of Jeremy M. Bolles, 729 Monroe Street, Stroudsburg, PA 18360, (570) 213-9177, if the debtor's income is terminated and the reason therefore.

   IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

   IT IS FURTHER ORDERED that the debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full plan payments to the Trustee ay result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

By the Court

**Date: November 23, 2016**

Richard E. Fehling
Judge, United States Bankruptcy Court