# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 4:15-BK-18689 |
| JEREMY M. BOLLES | CHAPTER 13 |
| RYAN MARIE BOLLES, | |
| DEBTORS | |
| | Judge Richard E. Fehling |

## CONCURRENCE TO MOTION and STIPULATION FOR ADEQUATE PROTECTION OF MORTGAGOR'S INTEREST IN PROPERTY LOCATED AT 428 SOUTH NORTHAMPTON STREET, BANGOR, PA 18013

I, Lisa M. Ciotti, Esquire attorney for the Trustee of the Eastern District of Pennsylvania Frederick Reigle, Esquire do hereby concur with the Motion for Adequate Protection of Mortgagor's Interest in Property Located at 428 South Northampton Street, Bangor, PA 18013 and the associated Stipulation for the Motion for Adequate Protection.

Date: 11/29/16

U.S. Trustee for the Eastern District of Pennsylvania
Frederick L. Reigle, Esquire
Lisa M. Ciotti, Esquire
P.O. Box 4010
2901 St. Lawrence Ave
Reading, PA 19606