IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 4:15-BK-18689 |
| | : | |
| JEREMY M. BOLLES | : | CHAPTER 13 |
| RYAN MARIE BOLLES, | : | |
|     DEBTORS | : | |
| | : | |
| JEREMY M. BOLLES | : | |
| RYAN MARIE BOLLES, | : | |
|     MOVANTS | : | RELATED TO DOCKET NO. 78 |
| | : | |
| vs. | : | HEARING DATE & TIME: |
| | : | |
| FIRST ENERGY CORP, | : | |
| KEYSTONE COLLECTIONS GROUP, | : | |
| BANGOR BOROUGH AUTHORITY, | : | |
| AMERICAN INFOSOURCE, | : | FILED PURSUANT TO |
| CITIZENS AUTO FINANCE, | : | 11 U.S.C. § 362 (C) (3) |
| TD BANK NA, | : | |
| TD BANK, | : | |
| | : | |
|     RESPONDENTS | : | |
| and | : | |
| | : | |
| FREDERICK L. REIGLE, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
|     ADDITIONAL | : | |
|     RESPONDENT | : | |

## CERTIFICATE OF NO RESPONSE

    AND NOW comes the Debtors, Jeremy M. Bolles and Ryan Marie Bolles, by and through their attorney, Jeremy M. Bolles, Esq. of the Law Office of Jeremy M. Bolles, hereby provides this Honorable Court with a Certificate of No Response stating that:

1. Debtors through counsel filed a Motion for Adequate Protection on November 21, 2016.
2. The Notice of Motion, Motion for Adequate Protection, proposed order of court, certificate of service and stipulation were served on Trustee Frederick Reigle, Attorney Thomas Puleo of KML Law Group and the U.S. Trustee's Office as the relevant parties to the Motion.
3. The Answer date was December 5, 2016.
4. As of December 12, 2016 no answers or objections have been filed to the Debtor's Motion for Adequate Protection and stipulation.

Dated: December 12, 2016

/s/ Jeremy M. Bolles_____
JEREMY M. BOLLES
Debtor

_/s/ Ryan Marie Bolles_____
RYAN MARIE BOLLES
Debtor

_/s/ Jeremy M. Bolles_____
Jeremy M. Bolles, Esq.
PA I.D. #201323
Law Office of Jeremy M. Bolles
729 Monroe Street
Stroudsburg, PA 18360
Tel. 570-213-9177
Fax. 570796-0040
Email: lawoffice.jmbolles@gmail.com