United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18689-ref
Jeremy Michael Bolles                                                   Chapter 13
Ryan Marie Bolles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Cathleen            Page 1 of 1          Date Rcvd: Dec 13, 2016
                             Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db/jdb         +Jeremy Michael Bolles,    Ryan Marie Bolles,    428 South Northampton Street,
                 Bangor, PA 18013-2040
13732258        Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13642747        E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2016 02:23:14      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13642746        E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2016 02:23:14      Ditech Finanical LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEREMY MICHAEL BOLLES    on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
              JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
              JOHN  MOLNAR    on behalf of Creditor    Bangor Borough Authority molnar@ptd.net,
               G25801@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JEREMY M. BOLLES
RYAN MARIE BOLLES,
       DEBTORS

CASE NO. 4:15-BK-18689

CHAPTER 13

Judge Richard E. Fehling

**AGREED ORDER FOR ADEQUATE PROTECTION OF MORTGAGOR'S INTEREST IN PROPERTY LOCATED AT 428 S. Northampton Street, Bangor, PA 18013**

   **AND NOW**, upon the parties' stipulation for adequate protection of Mortgagor's interest in property located at **428 South Northampton Street, Bangor, PA 18013** ("Property"), attached hereto.

   IT IS **ORDERED** that the parties shall be bound by the attached agreed stipulation which shall be deemed approved by this Court.

BY THE COURT

**Date: December 13, 2016**

_____
THE HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 4:15-BK-18689 |
| JEREMY M. BOLLES<br>RYAN MARIE BOLLES,<br>DEBTORS | CHAPTER 13<br><br>Judge Richard E. Fehling |

## STIPULATION FOR ADEQUATE PROTECTION OF MORTGAGOR'S INTEREST IN PROPERTY LOCATED AT 428 SOUTH NORTHAMPTON STREET, BANGOR, PA 18013

AND NOW comes the Debtors, Jeremy M. Bolles and Ryan Marie Bolles, by and through their attorney, Jeremy M. Bolles, Esq. of the Law Office of Jeremy M. Bolles, having been advised by Ditech Home Loans ("Movant") through their counsel Attorney Joshua Goldman of KLM Law Group that debtors are in arrears with respect to the promissory note and mortgage regarding the real property located at 428 S. Northampton Street, Bangor, PA 18013 ("Property") hereby the Debtor's and Movant stipulate as follows:

1. The automatic stay of §362 of the United States Bankruptcy Code (the "automatic stay"), presently in effect in this case be, and hereby is, continued with full force and effect with respect to, all rights of Movant with respect to the subject Property, except as provided below:

2. The Debtors will amend their chapter 13 plan to include any outstanding mortgage payment for post and pre-petition. The total arrears including the October payment of $458.26 is $2,413.46.

3. Pursuant to the terms of the Promissory Note and secured by a Mortgage encumbering the mortgage, Debtors agree to disburse directly to Movant, promptly when due, each monthly installment payment that falls under the terms of the note, beginning June 1, 2016 and

continuing the payments thereafter pursuant to the note and mortgage. The monthly mortgage payment of $488.80 resumes on June 1, 2016. As of October 1, 2016 the monthly mortgage payment is $458.26.

4. In the event the payments under section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. Movant agrees to file a proof of claim with the United States Bankruptcy Court for the Eastern District of Pennsylvania – Reading Division to include all post-petition and pre-petition arrears up to and including April 2016.

6. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

7. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

8. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs due under the terms of the mortgage and applicable law.

11. The parties agree that a facsimile signature shall be considered an original signature.

Dated: 11/15/16

Jeremy M. Bolles
428 S. Northampton St.
Bangor, PA 18013

Dated: 11/15/16

Ryan Marie Bolles
428 S. Northampton St.
Bangor, PA 18013

Dated: 11/15/16

Jeremy M. Bolles, Esq.
PA I.D. #201323
Law Office of Jeremy M. Bolles
729 Monroe Street
Stroudsburg, PA 18360
Tel. 570-213-9177
Fax. 570796-0040
Email: lawoffice.jmbolles@gmail.com

Dated: 11/16/16

Joshua I. Goldman, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106