United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeremy Michael Bolles
Ryan Marie Bolles
    Debtors

Case No. 15-18689-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Cathleen      Page 1 of 1      Date Rcvd: Jan 12, 2017
                      Form ID: 155       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db/jdb      +Jeremy Michael Bolles,   Ryan Marie Bolles,   428 South Northampton Street,   Bangor, PA 18013-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JEREMY MICHAEL BOLLES   on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
      JEREMY MICHAEL BOLLES   on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
      JOHN MOLNAR   on behalf of Creditor   Bangor Borough Authority molnar@ptd.net, G25801@notify.cincompass.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeremy Michael Bolles and Ryan
Marie Bolles
     Debtor(s)                                          Chapter: 13
                                                                Bankruptcy No: 15−18689−ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 12, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                          Richard E. Fehling
                                                                          Judge ,
                                                                          United States Bankruptcy Court