## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | BK. 15-18689-REF |
| BOLLES, JEREMY MICHAEL | ) | |
| BOLLES, RYAN MARIE, | ) | |
| | ) | Chapter 13 |
| DEBTOR | ) | |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #20)

Bangor Area School District  ("School District") filed a claim on August 9, 2016

in the above-captioned case. The School District hereby withdraws this claim as such

claim is paid in full. Such withdrawal shall have no impact on any other proof(s)

of claim filed by the school district in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

Jayson J. Lawson, Esquire
PA I.D. No. 200084
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
jjlawson@keystonecollects.com
Attorney for Bangor Area School District

MAR 16 2017