IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*******************************************************************************

| | | |
|---|---|---|
| IN RE: | ) ) ) | BK. 15-18689-REF |
| BOLLES, JEREMY MICHAEL BOLLES, RYAN MARIE, | ) ) ) | |
| DEBTOR | ) ) ) ) | Chapter 13 |

*******************************************************************************

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #22)

Bangor Area School District ("School District") filed a claim on December 20, 2016 in the above-captioned case. The School District hereby withdraws this claim as such claim is paid in full. Such withdrawal shall have no impact on any other proof(s) of claim filed by the school district in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

Jayson J. Lawson, Esquire
PA I.D. No. 200084
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
jjlawson@keystonecollects.com
Attorney for Bangor Area School District