## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **BANKRUPTCY NO. 15-BK-18689** |
| **Jeremy Michael Bolles,** | : |
| **Ryan Marie Bolles,** | : **CHAPTER 13** |
| Debtors | : |
| | : **HEARING TO BE HELD:** |
| | : Date: July 20, 2017 |
| | : Time: 9:30 a.m. |
| | : Place: United States |
| | :     Bankruptcy Court |
| | :     Courtroom #1, 3rd Floor |
| | :     The Madison |
| | :     400 Washington Street |
| | :      Reading, PA 19601 |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Jeremy M. Bolles, Esquire has filed a Motion to Amend Chapter 13 Plan Post Confirmation, with the court for amending the confirmed Chapter 13 Plan post confirmation.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 13, 2017 you or your attorney must do all of the following:

    a. File an answer explaining your position at

        U.S. Bankruptcy Court
        Clerk's Office
        United States Courthouse
        400 Washington Street
        Reading, PA 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy to the movant's attorney
        Jeremy M. Bolles, Esq.

        Law Office of Jeremy M. Bolles
        729 Monroe Street
        Stroudsburg, PA 18360
        Tel 570.213.9177
        Fax 570.796.0040

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E Fehling on July 20, 2017, at 9:30 A.M. in Courtroom #1 United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                                                                           Respectfully submitted,

Date:  June 23, 2017                                    /s/ Jeremy M. Bolles, Esquire
                                                               Jeremy M. Bolles, Esquire
                                                               PA I.D. # 201323
                                                               Law Office of Jeremy M. Bolles
                                                               729 Monroe Street
                                                               Stroudsburg, PA 18360
                                                               Tel: 570.213.9177
                                                               Fax: 570.796.0040
                                                               Email: lawoffice.jmbolles@gmail.com