## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | BANKRUPTCY NO. 15-BK-18689 |
| **Jeremy Michael Bolles,** : | |
| **Ryan Marie Bolles,** : | CHAPTER 13 |
| Debtors : | |
| : | HEARING TO BE HELD: |
| : | Date: July 20, 2017 |
| **Jeremy Michael Bolles,** : | Time: 9:30 a.m. |
| **Ryan Marie Bolles,** : | Place: United States |
| : | Bankruptcy Court |
| Movants : | Courtroom #1, 3rd Floor |
| : | The Madison |
| : | 400 Washington Street |
| : | Reading, PA 19601 |

### **CERTIFICATE OF NO RESPONSE**

AND NOW comes the Debtors, Jeremy M. Bolles and Ryan Marie Bolles, by and through their attorney, Jeremy M. Bolles, Esq. of the Law Office of Jeremy M. Bolles, hereby provides this Honorable Court with a Certificate of No Response stating that:

1. Debtors through counsel filed a Motion to Modify Chapter 13 Plan Post Confirmation on June 23, 2017.
2. The Notice of Hearing and Answer Date for Motion to Modify Chapter 13 Plan Post Confirmation, proposed order of court, and certificate of service were served on the following parties, US Trustee, Chapter 13 Trustee, Jeremy & Ryan Bolles, and Kratzenberg, Lazzaro, Lawson & Vinvent which included all necessary interested parties.
3. The Answer date was July 13, 2017.
4. As of July 14, 2017 no answers or objections have been filed for the Debtor's Motion to Modify Chapter 13 Plan Post Confirmation.


Dated: July 14, 2017                    /s/ Jeremy M. Bolles_____
                                        JEREMY M. BOLLES
                                        Debtor

                                        _/s/ Ryan Marie Bolles_____
                                        RYAN MARIE BOLLES
                                        Debtor

                                        _/s/ Jeremy M. Bolles_____
                                        Jeremy M. Bolles, Esq.
                                        PA I.D. #201323

Law Office of Jeremy M. Bolles
729 Monroe Street
Stroudsburg, PA 18360
Tel. 570-213-9177
Fax. 570796-0040
Email: lawoffice.jmbolles@gmail.com