**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **BANKRUPTCY NO. 15-BK-18689** |
| Jeremy Michael Bolles, | : | |
| Ryan Marie Bolles, | : | **CHAPTER 13** |
| Debtors | : | |
| | : | **HEARING TO BE HELD:** |
| | : | **Date: July 20, 2017** |
| Jeremy Michael Bolles, | : | **Time: 9:30 a.m.** |
| Ryan Marie Bolles, | : | **Place: United States** |
| | : | **Bankruptcy Court** |
| Movants | : | **Courtroom #1, 3rd Floor** |
| | : | **The Madison** |
| | : | **400 Washington Street** |
| | : | **Reading, PA 19601** |

## <u>ORDER</u>

AND NOW,  the Motion to Amend Confirmed Chapter 13 Plan filed by Debtors

counsel is hereby granted.

- Paragraph 4A of the confirmed Chapter 13 plan is amended to remove County of Northampton from the plan entirely because both claims listed have been paid outside and both claims have been withdrawn.  Funds originally allocated for these creditors will now become available for disbursement to other creditors.

**Date: July 17, 2017**