**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:  CASE NO.: 15-18689-ref
  CHAPTER 13
Jeremy Michael Bolles
and
Ryan Marie Bolles
  Debtors.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

  RAS Citron, LLC
  Authorized Agent for Secured Creditor
  130 Clinton Road, Suite 202
  Fairfield, NJ 07004
  Telephone: 973-575-0707
  Facsimile: 973-404-8886
  By: /s/Cristina DiGiannantonio
  Cristina DiGiannantonio
  Email: cdigiannantonio@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JEREMY MICHAEL BOLLES
LAW OFFICE OF JEREMY MICHAEL BOLLES
729 MONROE ST.
STROUDSBURG, PA 18360

SCOTT WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.  SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET  SUITE 500
PHILADELPHIA, PA 19107

JEREMY MICHAEL BOLLES
428 SOUTH NORTHAMPTON STREET
BANGOR, PA 18013

RYAN MARIE BOLLES
428 SOUTH NORTHAMPTON STREET
BANGOR, PA 18013

    RAS Citron, LLC
    Authorized Agent for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone: 973-575-0707
    Facsimile: 973-404-8886
    By: /s/Cristina DiGiannantonio
    Cristina DiGiannantonio
    Email: cdigiannantonio@rascrane.com