United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18689-elf
Jeremy Michael Bolles                                           Chapter 13
Ryan Marie Bolles
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 3           Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW         Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db/jdb         +Jeremy Michael Bolles,    Ryan Marie Bolles,    428 South Northampton Street,
                 Bangor, PA 18013-2040
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
13648517       +ACS/Access Group,    501 Bleecker Street,    Utica, NY 13501-2401
13642750       +BBY/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13773496       +Bangor Area School District (Bangor Borough),    c/o Keystone Collections Group,
                 Kratzenberg & Lazzaro,    546 Wendel Road,    Irwin, PA 15642-7539
13773514       +Bangor Borough,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin PA 15642-7539
13642762       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
13642774        Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13642761       +CIC/Experian Identity Ch,    535 Anton Blvd, Ste 100,    Costa Mesa, CA 92626-7199
13642755       +CMS ID Proofing Service,    7500 Security Blvd,    Baltimore, MD 21244-1849
13662514       +Capital Recovery V, LLC,    c/o Recovery Management Systems Corp,    PO BOX 12931,
                 Norfolk, VA 23541-0931
13642768       +Chase Bank USA N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
13648522       +CitiBank NA,    PO BOX 6500,    Sioux Falls, SD 57117-6500
13642738       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick, RI 02886-1321
13731961       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, Ri 02915-3026
13648526       +Comenity Capital Bank /Bill Me Later,    PO BOX 5018,    Timonium, MD 21094-5018
13642760       +Consumerinfo.com Inc.,    P.O. Box 19729,    Irvine, CA 92623-9729
13642753      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     12234 N IH 35,    Austin, TX 78753)
13642772       +Deiter Bros Fuel Co., Inc.,    1226 Stefko Blvd,    Bethlehem, PA 18017-6624
13732258        Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
14285489       +Ditech Financial Llc,    RAS Citron, LLC,    Bankruptcy Department,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
13642764       +EdManage,    P.O. Box 91388,    Raleigh, NC 27675-1388
13642767        First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
13642735       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13642773        Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
13642742       +MOHELA/DEPT of ED,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
13645487       +Met-Ed, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
13642771        Nations Recover,    6491 Peachtree Ind Blvd,    Atlanta, GA 30360
13642748        New Century Financial Services, Inc.,    C/O Pressler and Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13642749       +Pennsylvania American Water,    800 W Hersheypark Drive,    Hershey, PA 17033-2400
13642754       +Sunrise Credit Services,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
13642739       +TD Bank,    C O Weinstein, Pinson and Riley,    2001 Western Avenue, STE 400,
                 Seattle, WA 98121-3132
13648519       +TD Bank USA /Target Credit,    PO BOX 673,    Minneapolis, MN 55440-0673
13642759       +TNB  Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
13642770       +The Northstar Companies,    4285 Genessee St,    Cheektowaga, NY 14225-1943
13642766        Tulane University,    47 McAlister Dr., Ste 105,    New Orleans, LA 70118
13642758       +Windham Professional In,    380 Main St.,    Salem, NH 03079-2412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:23:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2019 03:20:09     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bncmail@w-legal.com Jul 17 2019 03:23:08     SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13642741       +E-mail/Text: bankruptcynotices@accesslex.org Jul 17 2019 03:23:30     Access Group Inc.,
                 10 N. High St, STE 400,    West Chester, PA 19380-3014
13642737        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 03:21:18     American InfoSource LP,
                 PO Box 268941,    Oklahoma City, OK 73126-8941
13662124       +E-mail/Text: csc.bankruptcy@amwater.com Jul 17 2019 03:23:33     American Water,    PO BOX 578,
                 Alton, IL 62002-0578
13642751       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 03:21:07     Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
```

```
District/off: 0313-4          User: Lisa               Page 2 of 3              Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13648520       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 03:21:06      Capital One,
                 PO BOX 30253,    Salt Lake City,   UT 84130-0253
13723050       +E-mail/Text: bncmail@w-legal.com Jul 17 2019 03:23:08      Cerastes WTB, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13648523       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:45      Comenity Bank /Torrid,
                 PO BOX 182789,    Columbus, CO 43218-2789
13642763        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:45      Comenity Bank/ASHSTWRT,
                 P.O. Box 182789,    Columbus, CO 43218-2789
13723049       +E-mail/Text: bncmail@w-legal.com Jul 17 2019 03:23:08      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13648524       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2019 03:20:09      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
13642756       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2019 03:20:38      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13642747        E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 03:22:40      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13642746        E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 03:22:40      Ditech Finanical LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
13642757       +E-mail/Text: nancy@embracehomeloans.com Jul 17 2019 03:23:33      Embrace Home Loans,
                 25 Enterprise Ctr,   Middletown, RI 02842-5201
13642752       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:21:03      GE Capital/Walmart,
                 P.O. Box 965024,   Orlando, FL 32896-5024
13642769       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:02      GECRB,    P.O. Box 965037,
                 Orlando, FL 32896-5037
13642765        E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:29      GECRB/OLD Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13642745        E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 03:22:40      Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13648527       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 03:31:39      Midland Funding,
                 PO BOX 268941,    Oklahoma City,   OK 73126-8941
13648528        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:21:09
                 Portfolio Recovery,    120 Corporate Blvd.,   Norfolk,   VA  23502
13642743        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:42:41
                 Portfolio Recovery,    PO Box 41067,   Norfolk, VA 23502
13652681        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:20:05
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13642740        E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 03:22:50      Quantum3 Group LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13645552        E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 03:22:50
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13642744       +E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2019 03:21:14      Recovery Management Systems Corp,
                 25 SE 2nd Ave, STE 1120,    Miami, FL 33131-1605
13643330        E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2019 03:20:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14278354       +E-mail/Text: bncmail@w-legal.com Jul 17 2019 03:23:08      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13648521       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 17 2019 03:23:29      Webbank,
                 215 State Street, Ste 800,    Salt Lake City, UT 84111-2339
13648525       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:45
                 World Financial Network Bank,    PO BOX 182119,    Columbus, OH 43218-2119
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Keystone Collects
cr*            +Bangor Borough Authority,    P.O. Box 51,    58 Market Street,   Bangor, PA 18013-1942
13642736      ##+Bangor Borough Authority,    58 Market Street,    PO Box 51,    Bangor, PA 18013-0051
13656971      ##+Bangor Borough Authority,    P.O. Box 51,    58 Market Street,   Bangor, PA 18013-1942
13642734      ##+First Energy Corp,    331 Newman Springs Road,    Building 3,   Red Bank, NJ 07701-6771
                                                                                  TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Lisa                Page 3 of 3                  Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW           Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
          JEREMY MICHAEL BOLLES    on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
          JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
          JOHN  MOLNAR    on behalf of Creditor    Bangor Borough Authority molnar@ptd.net,
           G25801@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeremy Michael Bolles and Ryan Marie Bolles

    Debtor(s)                                      Bankruptcy No: 15−18689−elf

                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                        400 Washington Street
                                                    Suite 300
                                          Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                     Timothy B. McGrath
                                                                       Clerk of Court

Dated: 7/16/19

                                                                                                      121 − 120
                                                                            Form 138_new