United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeremy Michael Bolles  
Ryan Marie Bolles  
    Debtors

Case No. 15-18689-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: Stacey  Page 1 of 1  Date Rcvd: Oct 30, 2019  
Form ID: 195  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.  
db/jdb    +Jeremy Michael Bolles,  Ryan Marie Bolles,   428 South Northampton Street,  Bangor, PA 18013-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:  
    JEREMY MICHAEL BOLLES   on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com  
    JEREMY MICHAEL BOLLES   on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com  
    JOHN  MOLNAR   on behalf of Creditor   Bangor Borough Authority molnar@ptd.net, G25801@notify.cincompass.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com  
    THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 13

Jeremy Michael Bolles and Ryan Marie Bolles        : Case No. 15−18689−elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , October 30, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

125
Form 195